IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES M. BROADHEAD, #224802, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:18-CV-1012-WKW [WO] |
| S. CALDWELL and TAHIR SIDDIQ, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

On December 6, 2018, the Magistrate Judge entered a Recommendation (Doc. # 2) to which no objections have been filed. Upon an independent review of the record and consideration of the Recommendation, it is ORDERED as follows:

(1) The Recommendation of the Magistrate Judge (Doc. # 2) is ADOPTED; and

(2) This action is DISMISSED without prejudice for failure of Plaintiff to pay the filing and administrative fees upon initiation of this case.

A separate final judgment will be entered.

DONE this 14th day of January, 2019.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE